IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HOCKER and CATHERINE HOCKER, h/w, <br><br> *Plaintiffs,* <br><br> v. <br><br> MICHAEL KLURFIELD and D J INTERSERVICE CORP., <br><br> *Defendants.* | CIVIL ACTION <br> NO. 15-04262 |

## ORDER

**AND NOW**, this 7th day of December, 2015, upon consideration of Plaintiffs' Motion to Remand (ECF No. 7), Defendants' Response (ECF No. 12), and Plaintiffs' Reply (ECF No. 13), it is hereby **ORDERED** that Plaintiffs' motion to remand the case to the Court of Common Pleas of Philadelphia County is **GRANTED**.

The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County and mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1